UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLA YRIS SOTO GUERRERO,
*individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

ANTOJITOS & NATURAL JUICE BAR II LLC, *et al.*,

Defendants.

24-CV-5774 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the Plaintiff has voluntarily dismissed her action without prejudice. (ECF No. 23.) Because the parties have clarified that no settlement has been reached in this Fair Labor Standards Act case, and the Plaintiff has directed Counsel via letter to dismiss her claims (ECF No. 21), the Court dismisses this case without prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 15, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge